# Court of Appeals
# of the State of Georgia

ATLANTA, October 10, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0161.  PATRICK W. BELL v. THE STATE.**

In February of 2009, Patrick Bell was convicted of failure to register as a sex offender and received a 20-year sentence, which he was permitted to serve on probation.  The trial court revoked 12 months of Bell's probation in 2009, and the balance of his sentence was revoked in 2013.  Bell then filed a pro se motion to void and vacate illegal sentence, arguing that the trial judge should not have revoked more than two years of his sentence.  The trial court denied his motion, and Bell filed this direct appeal.

Because the underlying subject matter of Bell's appeal is the revocation of his probation, he was required to file an application for discretionary appeal in order to appeal.  See OCGA § 5-6-35 (a) (5); *White v. State*, 233 Ga. App. 873 (505 SE2d 228) (1998).  We lack jurisdiction over this direct appeal, which is therefore DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/10/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*